# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1194
_____

DORIS MORENO,

    Appellant,

v.

AMERICAN AIRLINES and
SEDGWICK CMS,

    Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
Silvia Medina-Shore, Judge.

Date of Accident: December 24, 2023.

September 18, 2025

PER CURIAM.

    DISMISSED.

LEWIS, M.K. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Toni L. Villaverde of Toni L. Villaverde, PLLC, Coral Gables, for Appellant.

Michael A. Hernandez of Jones, Hurley & Hand, P.A., Miami, for Appellees.